IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GARY LEFF,<br><br>Plaintiff,<br><br>v.<br><br>ALLYSON ESTEY,<br><br>Defendant. | Case No. 20-cv-2272<br><br>Judge Mary M. Rowland |

## MEMORANDUM OPINION AND ORDER

Plaintiff Gary Leff ("Leff") has brought suit against a former business partner, Allyson Estey ("Estey") alleging breach of contract.[1] Estey has withdrawn her 12(b)(6) motion for failure to state a claim, but not her motion to stay pursuant to Rule 12(b)(1) until a related case is resolved by the Delaware Chancery Court. (Dkt. 26, 1 n.1). After Estey's 12(b)(1) motion was filed and briefed, the suit pending in Delaware was dismissed. *Midwest SRO, LLC v. Leff*, No. 2020-02770-JTL, 2020 WL 6079169 (Del. Ch. Oct. 14, 2020). Therefore, Estey's motion to stay these proceedings (Dkt. 17) is denied as moot. A status hearing has been set for March 2, 2021 at 9:30 AM. (Dkt. 34).

E N T E R:

Dated: February 19, 2021

*Mary M Rowland*

_____
MARY M. ROWLAND
United States District Judge

---

[1] This is a diversity suit: the parties are citizens of different states and the amount in controversy exceeds $75,000.

1